1
2
3
4
5
6
7

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  IN RE: UBER TECHNOLOGIES, INC.,
   PASSENGER SEXUAL ASSAULT
9  LITIGATION

10 ——————————————————————/

11 This Order Relates To:

12 *T.C. v. Uber Technologies, Inc., et al.*,
   Case No. 3:25-cv-02109-CRB
13

14 *A.D. v. Uber Technologies, Inc., et al.*,
   Case No. 3:25-cv-02111-CRB
15

16 *A.W. v. Uber Technologies, Inc., et al.*,
   Case No. 3:25-cv-02401-CRB
17

18 *T.B. v. Uber Technologies, Inc., et al.*,
   Case No. 3:25-cv-02678-CRB
19

20 *A.G.L. v. Uber Technologies, Inc., et al.*,
   Case No. 3:25-cv-02931-CRB
21

22 *S.D. v. Uber Technologies, Inc., et al.*,
   Case No. 3:25-cv-03547-CRB
23

24 *T.W. v. Uber Technologies, Inc., et al.*,
   Case No. 3:25-cv-04414-CRB
25

26 *A.G. v. Uber Technologies, Inc., et al.*,
   Case No. 3:25-cv-04802-CRB
27

28 *T.L. v. Uber Technologies, Inc., et al.*,
   Case No. 3:25-cv-04878-CRB

MDL No. 3084

**ORDER DENYING MOTIONS TO
WITHDRAW AS ATTORNEY**

Re: Dkt. Nos. 3750, 3753, 3754, 3756,
3891

*Doe NLG (B.H.) v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-00369-CRB

*Doe NLG (J.V.) v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-08622-CRB

*Doe NLG (A.B.) v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-01079-CRB

*Jane Doe LS 333 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05930-CRB

*Jane Doe LS 397 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05864-CRB

For the same reasons as detailed in the Court's August 26, 2025 Order, see dkt. 3759, the Motions to Withdraw as Attorney in the above-captioned cases are denied without prejudice pending resolution of the Court's Orders to Show Cause regarding plaintiffs' submission of non-bona fide receipts, see dkt. 3876; dkt. 3972.

**IT IS SO ORDERED.**

Dated: September 22, 2025

CHARLES R. BREYER
United States District Judge